IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH INGE and JOHNNY INGE,**

      **Plaintiffs,**

v.                                                                No. CIV-16-1232 JAP/LAM

**ROBERT (BOB) MCCLELLAND, III, individually and
Doing Business as Bob's Budget Pharmacy,**

      **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on February 1, 2017, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 11*], filed January 17, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**